IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Oral Argument Calendar for April 15, 2026 | |

### First Revised Oral Argument Calendar

Notice is hereby given that the following cases are set for oral argument before the undersigned on all pending motions on **April 15, 2026**, beginning at **1:30 PM** in **Courtroom 2105, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309**.

| Case number | Case Name |
|---|---|
| 1:24-cv-04731-VMC | McLeroy et al v. Fulton County Georgia et al |
| 1:24-cv-05683-VMC | Adams v. Labat et al |
| 1:25-cv-01589-VMC | Nelson v. Fulton County, Georgia et al |

**SO ORDERED** this 15th day of January, 2026.

Victoria Marie Calvert
United States District Judge